UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARBJIT SINGH,<br>　　　　　Petitioner,<br>　　v.<br>ATTORNEY GENERAL, et al.,<br>　　　　　Respondents. | 1:07-cv-00051-AWI-TAG HC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION<br>(Doc. 10)<br><br>ORDER GRANTING MOTION TO DISMISS<br>(Doc. 7)<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS<br>(Doc. 1)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

　　　Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

　　　On March 20, 2007, the Magistrate Judge assigned to the case filed a Report and Recommendation recommending that Respondent's Motion to Dismiss (Doc. 7) be GRANTED and that the petition for writ of habeas corpus (Doc. 1) be DISMISSED for failure to state a claim because it is now MOOT. (Doc. 10). This Report and Recommendation was served on all parties and contained notice that any objections were to be filed within fifteen days from the date of service of that order. To date, none of the parties has filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Report and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Report and Recommendation issued March 20, 2007 (Doc. 10), is ADOPTED IN FULL;

2. Respondent's Motion to Dismiss (Doc. 7), is GRANTED;

3. The petition for writ of habeas corpus (Doc. 1), is DISMISSED; and,

4. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   May 10, 2007**                         /s/ Anthony W. Ishii
                                                  UNITED STATES DISTRICT JUDGE